UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARLYS M. (ELAVSKY) APPLETON, | No. 2:17-MC-00038-JTR |
| Plaintiff, | ORDER OF DISMISSAL AND ORDER DIRECTING CLERK TO REFUND FILING FEE |
| v. | *CLERK'S ACTION REQUIRED* |
| SHARYL A. BOHART and SANDRA L. HOHN, | |
| Defendants. | |

**BEFORE THE COURT** is Plaintiff's Notice of Lis Pendens filed with the Court on August 30, 2017. ECF No. 1. Plaintiff is proceeding *pro se*.

The Court finds this matter should not have been accepted for filing and opened as a miscellaneous case in this district. Accordingly, **IT IS HEREBY ORDERED:**

1. This action is **DISMISSED with prejudice**.

2. The District Court Executive is directed to refund the filing fee to Plaintiff Marlys M. Appleton and **CLOSE THIS FILE**.

**IT IS SO ORDERED.**

DATED September 28, 2017.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER RE: NOTICE OF VOLUNTARY DISMISSAL . . . - 1